# U.S. District Court
# Eastern District of California – Live System (Fresno)
# CIVIL DOCKET FOR CASE #: 1:16–cv–00189–DAD–SMS

| | |
|---|---|
| Campbell v. Convergent Outsourcing, Inc. | Date Filed: 02/09/2016 |
| Assigned to: District Judge Dale A. Drozd | Date Terminated: 03/03/2016 |
| Referred to: Magistrate Judge Sandra M. Snyder | Jury Demand: Defendant |
| Case in other court: Tulare County Superior Court, 171440 | Nature of Suit: 480 Consumer Credit |
| Cause: 28:1441 Petition for Removal – Fair Credit Reporting Act | Jurisdiction: Federal Question |

**Plaintiff**

**Nicole Campbell**     represented by     **Adrian R. Bacon**
The Law Offices Of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
877–206–4741
Fax: 866–633–0228
Email: abacon@attorneysforconsumers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suren N. Weerasuriya**
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr.
Suite 725
Beverly Hills, CA 90212
877–206–4741
Fax: 866–633–0228
Email: sweerasuriya@ctsclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd M. Friedman**
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
877–206–4741
Fax: 866–633–0228
Email: tfriedman@attorneysforconsumers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Convergent Outsourcing, Inc.**     represented by     **Allison Jean Fernandez**
Gordon & Rees, LLP
101 W. Broadway
Suite 1600
San Diego, CA 92101

619−696−6700
Fax: 619−696−7124
Email: afernandez@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Joel Mariam**
Gordon & Rees, LLP
633 W. 5th Street
Suite 4900
Los Angeles, CA 90071
213−576−5000
Fax: 877−306−0043
Email: cmariam@gordonrees.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2016 | 1 | NOTICE of REMOVAL from Tulare County Superior Court, case number 171440 by Nicole Campbell. (Attachments: # 1 Civil Cover Sheet)(Mariam, Craig) (Entered: 02/09/2016) |
| 02/09/2016 | 2 | STATEMENT of Corporate Disclosure by Defendant Convergent Outsourcing, Inc. re 1 Notice of Removal. (Mariam, Craig) (Entered: 02/09/2016) |
| 02/09/2016 | 3 | CLERK'S NOTICE: ATTN: **** Craig Joel Mariam ****New Civil Case Filing Fee Required. Advance payment of the filing fee in the amount of $400.00 is required and should be submitted electronically using the event New Case Credit Card Payments. Your case will not be filed until the fee is paid (Local Rule 77−121c). If you wish to pay with cash, check or money order, the fee must be received by the clerk's office within 48 hours of lodging your complaint, or your documents willbe deleted from the court's server. If you need assistance, please contact the CM/ECF help desk at 866−884−5444, or refer to theCM/ECF User's Manual on the court's website. (Martin−Gill, S) (Entered: 02/09/2016) |
| 02/09/2016 | 4 | EXHIBIT *A to Notice of Removal* by Convergent Outsourcing, Inc. re 1 Notice of Removal. (Mariam, Craig) (Entered: 02/09/2016) |
| 02/10/2016 |  | RECEIPT number #CAE100031650 $400.00 fbo Nicole Campbell by 1st Priority Attorney Service on 2/10/2016. (Marrujo, C) (Entered: 02/10/2016) |
| 02/11/2016 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 5/18/2016 at 01:30 PM in Courtroom 1 (SMS) before Magistrate Judge Sandra M. Snyder. (Attachments: # 1 Standing Order, # 2 Consent Form, # 3 VDRP) (Gonzalez, R) (Entered: 02/11/2016) |
| 02/23/2016 | 6 | CONSENT to JURISDICTION of US MAGISTRATE JUDGE by Nicole Campbell. (Friedman, Todd) (Entered: 02/23/2016) |
| 03/03/2016 | 7 | CONDITIONAL TRANSFER ORDER (CTO−18). CASE TRANSFERRED to District of Connecticut. MDL No. 2478. (Robles, S) (Entered: 03/03/2016) |